JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
JEFFREY R. FINIGAN (CSBN 168285)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-mail:    Tracie.Brown@usdoj.gov
              Jeffrey.Finigan@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-0845 CRB |
| )   Plaintiff, ) | STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING DISCOVERY AS TO DEFENDANT PATRICIA MORGEN |
| v. ) | |
| PATRICIA MORGEN and MICHAEL WARE, ) ) | |
|   Defendants. ) | |

The United States, through its counsel of record, and defendant Patricia Morgen, through her counsel of record, hereby agree and stipulate that the government will provide discovery on the following conditions:

1. <u>Protected Material</u>

In light of the scope of discovery in this case (which is expected to exceed 200 boxes), and the fact that much of that discovery will include personal information of nearly 500 victims, all discovery produced in this matter shall be deemed Protected Material. Possession of copies of the Protected Material is limited to Defendant Morgen, her attorneys of record, and

CR 08-0845 CRB
[PROPOSED] PROT. ORDER - MORGEN

investigators, paralegals, law clerks, experts and assistants for his attorneys of record (hereinafter collectively referred to as "members of the defense team").

Defendant Morgen, her attorneys of record, and members of the defense team acknowledge that providing copies of the Protected Material to other persons is prohibited, and agree not to duplicate or provide copies of the Protected Material to other persons. Defendant Morgen, her attorneys of record, and members of the defense team may show Protected Material to witnesses or prospective witnesses in conjunction with their defense of Defendant Morgen in this case. Defendant Morgen, her attorneys of record, and members of the defense team further acknowledge that they are prohibited from using the Protected Material for any purpose other than defending Defendant Morgen in the above-captioned matter. Any violation of these prohibitions constitutes a violation of the Protective Order. Further, the attorneys of record agree that prior to disseminating any copies of the Protected Material to members of the defense team, they will provide a copy of this Protective Order to members of the defense team.

Notwithstanding reasonable efforts taken by the government to redact personal information of witnesses from the discovery provided to the defense (such as date of birth, social security numbers, addresses, phone numbers, etc., of witnesses), defense counsel, Defendant Morgen and members of the defense team agree that, should any such information be found during their review of this material, they will not provide that personal information in any form – whether in verbal, written or electronic format – to any third party, for any reason whatsoever.

    2  <u>Nontermination</u>

The provisions of this Order shall not terminate at the conclusion of this prosecution but only upon further order of this Court. Within 30 days of a verdict or guilty plea, Defendant Morgen's attorneys of record shall submit to the Court a Declaration stating that all Protected Material in its files will be stored and maintained at a location and in a secure manner that ensures that access is limited to the persons authorized under this Order. Specifically, the Declaration shall state that Morgen's attorneys of record will ensure that (a) with respect to Protected Material in electronic format, such Material will be stored only on disks in sealed envelopes with this Protective Order affixed thereto; and (b) with respect to Protected Material in

CR 08-0845 CRB
[PROPOSED] PROT. ORDER - MORGEN

hard copy format, such Material will be stored in sealed envelopes, redwelds, or boxes with this Protective Order affixed thereto.

        SO STIPULATED.

DATED: August 3, 2009      /s_____
TRACIE L. BROWN
JEFFREY R. FINIGAN
Assistant United States Attorneys

DATED: August 3, 2009      /s_____
JOHN J. JORDAN
Counsel for Defendant PATRICIA MORGEN

**ORDER**

IT IS SO ORDERED.

DATED: 08/04/09

_____
THE HON. CHARLES R. BREYER
United States District Judge

CR 08-0845 CRB
[PROPOSED] PROT. ORDER - MORGEN