JOHN J. JORDAN, ESQ. (State Bar No. 175678)
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel: (415) 391-4814
Fax: (415) 391-4308

Counsel for Defendant
PATRICIA MORGEN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 08-0845 CRB |
|---|---|---|
| Plaintiff, | ) | (Proposed) **ORDER** |
| vs. | ) | |
| PATRICIA MORGEN, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, it is ordered that:

The date for defendant's sentencing hearing shall be continued until May 5, 2010, at 2:15 p.m., to allow sufficient time for the defense to complete sentencing preparations.

SO ORDERED.


DATED: March 19, 2010         _____
                              HON. CHARLES R. BREYER

UNITED STATES DISTRICT COURT

Judge Charles R. Breyer

NORTHERN DISTRICT OF CALIFORNIA

1