IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | No. CR 08-00845 CRB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| PATRICIA MORGEN, | |
| Defendant. | |

Defendant Patricia Morgen has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255. Good cause appearing therefor, the Government is hereby ORDERED to file an opposition to Defendant's motion within sixty (60) days of this Order. Defendant may file a reply within thirty (30) days thereafter, if she wishes to do so.

**IT IS SO ORDERED.**

Dated: October 17, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE