**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff,<br><br>  v.<br><br>PATRICIA MORGEN,<br><br>   Defendant._____/ | No. CR 08-00845 CRB<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME** |

   Petitioner Patricia Morgen seeks a thirty-day extension of time to file her traverse. See generally Mot. (dkt. 90). Good cause appearing therefor, the Court GRANTS Petitioner's motion.

   **IT IS SO ORDERED.**

Dated: April 14, 2014

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE